In re: Andre J. HOWARD, and family, Petitioner.

No. 13–1541.

United States Court of Appeals, Fourth Circuit.

Submitted: Aug. 22, 2013.

Decided: Aug. 26, 2013.

Andre J. Howard, Petitioner pro se.

Before MOTZ, DIAZ, and FLOYD, Circuit Judges.

Petition denied by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Andre J. Howard petitions for an extraordinary writ pursuant to the All Writs Act, 28 U.S.C. § 1651(a) (2006). We conclude that relief is not warranted. Accordingly, although we grant leave to proceed in forma pauperis, we deny the petition. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED.*